IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| AUDREY D. COCHRAN | PLAINTIFF |
|---|---|
| VS. | CIVIL ACTION NO.: 3:06CV00251(TSL)(JCS) |
| CITY OF FLORENCE, MISSISSIPPI, BEN MOSELEY and JOHN DOES 1-5 | DEFENDANTS |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Defendants, the City of Florence, Mississippi and Ben Moseley, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 5th day of December, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

/s/ Paul A. Koerber
PAUL A. KOERBER

/s/ Gary E. Friedman
GARY E. FRIEDMAN

JO.99345580.1